IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

REBECCA SHAFFER,

   Plaintiff,

v.                                        Case No. \_\_\_\_3:20cv926\_\_\_\_

KROGER LIMITED PARTNERSHIP I,

   Defendant.

## NOTICE OF REMOVAL

COMES NOW the defendant, Kroger Limited Partnership I, by counsel, pursuant to 28 U.S.C. sections 1441 and 1446, and file this Notice of Removal to remove this action from the Circuit Court for the City of Richmond to the United States District Court for the Eastern District of Virginia, Richmond Division. In support thereof, Defendant states as follows:

1. Plaintiff filed suit against the defendants in the Circuit Court for the City of Richmond, Virginia on April 17, 2020, seeking $1,000,000.00 in compensatory damages. A copy of the Summons, Complaint and Answer are attached hereto pursuant to 28 U.S.C. § 1446. (Exhibits A, B and C, respectively.)

2. Process was served on the Defendant's agent on November 5, 2020.

3. This Court has removal jurisdiction over this matter as there is complete diversity of citizenship between Plaintiff (a resident of Virginia) and Kroger Limited Partnership I (an Ohio entity), as is further specified in the contemporaneously filed disclosures to assure the Court of diversity. Further, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. This Notice is filed within 30 days after the Defendant was served with the suit pursuant to 28 U.S.C. § 1446.

1

5.  Contemporaneous with the filing of this Notice, the Defendant has given notice of the filing of this Notice of Removal to counsel for the plaintiff and have mailed a copy to the Clerk of the Circuit Court for the City of Richmond.

6.  Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

7.  Plaintiff demanded a trial by jury in her Complaint filed with the Circuit Court for the City of Richmond.

WHEREFORE, defendant Kroger Limited Partnership I requests that this Court remove this action from the Circuit Court for the City of Richmond to the United States District Court for the Eastern District of Virginia, Richmond Division.

**KROGER LIMITED PARTNERSHIP I**

By Counsel

s/ Jon A. Nichols
Stanley P. Wellman (VSB No. 27618)
Jon A. Nichols (VSB No. 48613)
Counsel for Kroger Limited Partnership I
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
swellman@hccw.com
jnichols@hccw.com

## **C E R T I F I C A T E**

I hereby certify that on the 4th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Jonathan E. Halperin, Esq. (VSB No. 32698)
>Halperin Law Center, LLC
>5225 Hickory Park Drive
>Suite B
>Glen Allen, VA 23060
>804-527-0100 - Phone
>804-556-4898 - DD
>866-335-1502 - Fax
>jonathan@hlc.law

>/s/      Jon A. Nichols
>Stanley P. Wellman (VSB No. 27618)
>Jon A. Nichols (VSB No. 48613)
>Counsel for Kroger Limited Partnership I
>Harman, Claytor, Corrigan & Wellman
>P.O. Box 70280
>Richmond, Virginia 23255
>804-747-5200 - Phone
>804-747-6085 - Fax
>swellman@hccw.com
>jnichols@hccw.com